**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| BETTY JANE SMITH ) | |
| ) | |
| v. ) | Civil No. 1:10-0074 |
| ) | Judge Trauger |
| WAL-MART STORES EAST, LP ) | |

**O R D E R**

The court has been notified that this case has settled. It is hereby **ORDERED** that a

stipulation of dismissal or other settlement document shall be filed within twenty (20) days of

the entry of this Order.

ENTER this 10th day of November, 2010.

_____
ALETA A. TRAUGER
U.S. District Judge