IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| **BETTY JANE SMITH,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 1:10-cv-00074 |
| ) | **JURY DEMAND** |
| **WAL-MART STORES EAST, LP,** ) | **JUDGE TRAUGER** |
| ) | **MAGISTRATE JUDGE KNOWLES** |
| Defendant. ) | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

It appears to the Court, as evidenced by the signatures of counsel below, that all matters in controversy have been compromised and settled.

It is therefore ORDERED, ADJUDGED AND DECREED that this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

_____
Judge

**APPROVED FOR ENTRY:**

s/Patrick Witherington
Patrick Witherington, No. 22348
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
(615) 244-3370
Attorney for defendant

<u>s/J. Russell Parkes</u>
J. Russell Parkes #12453
Charles M. Molder #28278
Hardin, Parkes, Kelley
& Carter, PLLC
102 West Seventh Street
P. O. Box 929
Columbia, TN 38402-0929
(931) 388-4022
Attorneys for plaintiff

**CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing was served via the electronic filing system, upon J. Russell Parkes and Charles M. Molder, Hardin, Parkes, Kelley & Carter, PLLC, 102 West Seventh Street, P. O. Box 929, Columbia, TN 38402-0929, on this the 23rd day of November, 2010.

                                      <u>S/Patrick Witherington</u>

F:\PDW\Smith.BettyJane\AGREED ORDER OF DISMISSAL.wpd